# United States District Court
# Violation Notice

CVB Location Code: KE29

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBMY008U | Terry | 2424 |

FBMY008U

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/14/2021 14:47 | FED 36 CFR 261.9A |

Place of Offense
LOCKEGEE ROAD

Offense Description: Factual Basis for Charge
DAMAGING GOVERNMENT PROPERTY

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| WALLACE | DANIEL | S |

Street Address
[redacted]

[redacted] [redacted] [redacted] Date of Birth [redacted]

Drivers License No. [redacted] [redacted] [redacted] ☐

[redacted]

[redacted] CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00 Processing Fee
PAY THIS AMOUNT Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1405 Greenup Ave.. Ashland, KY 41101 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

FBMY008U

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 08/14/2021 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16USC 551: On 8/2/2021 within the Cumberland District, Daniel Boone National Forest, I received a phone call from a resident near Lockegee Road stating that they had witnessed a male they identified as WALLACE, Daniel S. behind a gate on FS Road 1096. The gate was previously locked and the witness stated that he thought WALLACE had broken the gate and was back there driving recklessly. He stated that WALLACE was driving a white Chevrolet flatbed truck which the witness recognized to belong to WALLACE. I went to the gate and observed that the gate had been broken and there was evidence that a truck had run off of the road and crashed into a tree. I found a driver side mirror that appeared to belong to a Chevrolet truck based on its sized and shape. I also observed significant damage to the tree that was struck. Behind the gate I observed that several trees had been cut with what appeared to be an axe or hatchet. On 8/14/2021 I conducted a phone interview with WALLACE. He admitted to me that he was there, had broken the gate, and cut the trees. WALLACE agreed to meet me in person later that day. I met with WALLACE at the Forest Service Office in Morehead and WALLACE admitted to me that he had broken the gate with a truck and a chain. WALLACE stated during the in person interview that the trees had already been cut when he was there but admitted that his truck damaged the tree that was crashed into. He stated that he got his truck stuck and when his friend tried to pull him out it pulled him into the tree. When I met with WALLACE he was driving the white Chevrolet flatbed truck that matched the witness description. The mirror that I recovered from the scene matched his truck that was missing a driver side mirror. I verified his identity with his KY driver's license record and picture through my mobile data terminal. I issued WALLACE Violation Notices for Damage to Government Property and Cutting or Damaging Timber Without a Permit.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/14/2021 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident